18

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

Ronald James Cooks Trust
Minnie Bell Price Trust
**Plaintiff(s),**

vs.

Kenyetta Stanford Jones
**Defendant(s).**

Case No. 22-12776

Judicial Officer:

__Notice of Removal__

__Denationalization Under Color of Law.__

1

_____

_____

_____

_____

_____

_____

_____

Minnie-Bell Price Trust
**Signature of Filer**

Minnie-Bell Price Trust
**Printed Name**

Date: 11/16/2022

C/8187 Centerline Busch
**Street Address**

Center line Michigan republic near [48015]
**City, State, Zip Code**

313-433-5316
**Telephone Number**

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

minnie- bell :price autorized repersentive  MINNIE BELL PRICE Tust Estate ;ronald -james :cooks  authorized repesentive  RONALD JAMES COOKS Trust Estate

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

DAWN WHITE, KENYATTA JONES, ERIC DECKER THOMAS, JARMIARE MCENTIRE, JOSEPH LOUIS KURILY, JONATHAN MAPP JR., LYLE B HARRIS, ERIC HOLLIS, RODNEY JOHNSON, EMILY ELIIJAH, CATHY M. GARRET LARA NERCESSIAN, MORGAN TONTI, , DAVID LAWSON, KAI DUFFIE, ,WAYNE COUNTY SHERIFF DEPARTMENT . SEE ATTACHMENT

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case:2:22-cv-12776
Judge: Leitman, Matthew F.
MJ: Patti, Anthony P.
Filed: 11-16-2022 At 10:07 AM
CMP PRICE ET AL V. WHITE ET AL (NA)

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☑ Yes   ☐ No
               *(check one)*

## Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**I.  The Parties to This Complaint**

**A.  The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| ~~Name~~ *appellation* | Minnie Bell Price |
| ~~Street Address~~ *Domicile* | 8187 Busch |
| City and County | Centerline    macomb |
| State and Zip Code | Michigan republic   [ 48015] |
| Telephone Number | 313-433-5316 |
| E-mail Address | minnie.8800@att.net |

**B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Kenyetta Stanford Johnson |
| Job or Title (if known) | JUDGE 36TH DISTRICT COURT |
| Street Address | 421 MADISON |
| City and County | Detroit |
| State and Zip Code | Michigan 48226 |
| Telephone Number | 313-965-2283 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Eric Decker Thomas |
| Job or Title (if known) | State of Michigan Wayne County Prosecutor |
| Street Address | 1441 St Antoine |
| City and County | Detroit   Wayne  County |
| State and Zip Code | Michigan  48226 |
| Telephone Number | 313-244-5777 |
| E-mail Address (if known) | |

2

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

### Defendant No. 3

| | |
|---|---|
| Name | Lara Nercessian |
| Job or Title (if known) | State of Michigan Wayne County Prosecutor |
| Street Address | 1441 St Antoine |
| City and County | Detroit   Wayne |
| State and Zip Code | Michigan   48226 |
| Telephone Number | 313-244-5777 |
| E-mail Address (if known) | |

### Defendant No. 4

| | |
|---|---|
| Name | Dawn White |
| Job or Title (if known) | State of Michigan Magistrate 36th District Court |
| Street Address | 421 Madison Avenue |
| City and County | Detroit        Wayne |
| State and Zip Code | Michigan     48226 |
| Telephone Number | 313-965-2200 |
| E-mail Address (if known) | |

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question            [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Treat of peace and Friendship.
Article VI of Constitution
Article III of Constitution

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* MINNIE BELL PRICE INTER VIVOS TRUST,
      is a citizen of the State of *(name)* SEE ATTACH MENTS.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____,
      is incorporated under the laws of the State of *(name)*
      _____, and has its principal place of business in the
      State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* KENYETTA JONES, is a citizen of the
      State of *(name)* MICHIGAN. *Or* is a citizen of *(foreign nation)* UNITED.STATES.

   b. If the defendant is a corporation
      The defendant, *(name)* 36TH DISTRICT COURT, is incorporated
      under the laws of the State of *(name)* MICHIGAN, and
      has its principal place of business in the State of *(name)*
      MICHIGAN. *Or* is incorporated under the laws of
      *(foreign nation)* _____, and has its principal place
      of business in *(name)* STATE OF MICHIGAN.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

## **Plaintiffs**

1.) RONALD JAMES COOKS TRUST/ ESTATE

Authorized representive  ronald james cooks  bey

c/o 8187 busch

Centerline Michigan republic [near 48015]

313-283-7671

2.) MINNIE BELL PRICE BEY TRUST /ESTATE

Authorized representive minnie bell price bey

c/o 8187 Busch

Center line Michigan republic [near48015]

313-433-5316   Minnie8800@att.net
8¿

## claim against all defenedant in their personal capacity.

### Defendants :

indivudual defendants

(1) **Kenyetta Stanford Jones (Bar Number) P- 42870**, stateless person subject female under the plausible 14th amendment U.S. corporation citizenship clause (dba) Judge STATE OF MICHIGAN DISTRICT COURT WAYNE COUNTY(Inc.)
421 Madison Avenue
Detroit Michigan 48226
313-965-2283

(2) **Eric Decker Thomas (Bar Number )P-85931**
stateless person subject under the plausible 14th amendment U.S. corporation citizenship (dba) prosecutor for
STATE OF MICHIGAN WAYNE COUNTY (inc.)
1441 Saint Antoine St Fl 10
Detroit Michigan 48226
313-244-5777

(3) **Dawn, White (Bar Number) P-43945** stateless person subject female under the plausible 14th amendment U.S. corporation citizenship (dba) Magistry STATE OF MICHIGAN 36TH DISTRICT (inc)
421 Madison Avenue
Detroit Michigan. 48226
313-965-2200

(4) **Lyle Harris (Bar Number) P-42870**
14th amendment Foreign occidental European subject male(dba) plaintiff attorney
23205 Gratiot Avenue #165
Eastpoint Michigan state [near. 48021]
313-595-9090

(5) **Jarmiare R. Mcentire (Bage Number) S- 1106**
stateless person subject female under the plausible 14th amendment U.S. CORPORATION CITIZENSHIP clause (dba) SERGEANT
Detroit Police Department
313596-2200

(6) **Eric Hollis (Bag Number) 4207**
stateless person subject female under the plausible 14th amendment U.S. corporation citizenship clause (acting as) police [officer]
Detroit Police Department (inc.)
11450 Warwick
Detroit Michigan 48228
313-850-9883

(7) **Lara Nercessian (Bar Number) 67104** stateless person subject status under the plausible 14th amendment U.S. corporation citizenship clause (dba) prosecutor STATE OF MICHIGAN WAYNE COUNTY
1441 Saint Antoine St Fl 10     313-224-5777

Detroit Michigan near.48226

(8) **Cathy M. Garret**
stateless person subject female under the plausible 14th amendment
U.S. CORPORATION CITIZENSHIP
clause acting as COURT CLERK STATE OF MICHIGAN
2 Woodward Avenue 201
Detroit Michigan 48226
313-967-6938

(9) **Joseph Louis Kurily (Bar Number) p -81182**
stateless person subject female under the plausible 14th amendment
U.S. CORPORATION CITIZENSHIP CLAUSE dba prosecutor
STATE OF MICHIGAN WAYNE COUNTY(inc.)
1441 st Antoine 1134
Detroit Michigan 48226
313-585-6108

(10) **Emily Eliijah (Bar Number )**
stateless person subject female under the plausible 14th amendment
U.S. CORPORATION CITIZENSHIP CLAUSE
1333 Brewery Park Blvd suite 350
Detroit Michigan 48207
313-248-321-1019

(11) **Rodney Johnson (Bar Number) P- 78121**
stateless person subject male under the plausible 14th amendment
U.S. CORPORATION CITIZENSHIP CLAUSE(dba) prosecutor
1441 st Antoine 1134   313-224-5777
Detroit Michigan 48226
313-

(12) **Jonath Mapp JR**
stateless person subject male under the plausible 14th amendment
U.S. CORPORATION CITIZENSHIP CLAUSE(dba) bailiff for state of michigan 36th
Judicial district court (inc.)  313-585-6108
23672 plumbroke dr,
Detroit Michigan 48075

(13.) Reaheal Washington stateless male subject (dba)
sheriff for Wayne County Michigan
4747 woodward avenue
Detroit Michigan 48201
313-224-2222

claim against all defenedant in their personal capacity .

page 2 of 7

(14.) Olexander Kucheryavyy - Bage# 2766
(dba) Detroit Policy Department 6th
Precinct
11450 War Wick Street
Detroit Michigan 48228
313-596-5600

(15.) Kai McDuffie - Bage # 168 (dba)
Detroit Policy enforcer 6th Precinct
11450 War Wick Street
Detroit Michigan 48228
313 596-5600

(16) Tonti Morgan Bage# 3479 (dba)
Detroit Policy Enforcer
11450 War Wick Street
Detroit Michigan 48228
313-596-5008

(17.) Eric Sabree (dba) Wayne County Treasurer
400 Monroe Street
5th Floor
Detroit Michigan 48226
313-224-5990

18.) David Lawson (dba) policy enforcer
6th Precinct
11450 War Wick Street
Detroit Michigan 48228
313-596-5600

claim against all defenedant in their personal capacity.

page 3 of 7

(19) Arnoldo Veten Court
27696 Newcast
Romulus Michigan 48174
801 743 3944

(20.) Sonya Walker 14 amendment
female (dba) State of Michigan
36th District Circuit Court Clerk
421 Madison Avenue
Detroit Michigan 48226

claim against all defenedant in their personal capacity.

page 4 of 7

COPORATE DEFENDANTS

(21.) State of Michigan
Wayne County 3rd Circuit Court
2 Woodward Avenue
Detroit Michigan 48226
313-224-0157

(22.) Melmo Investment LLC
11000 W. Mc Ne Nichols Rd
Ste 123
Detroit Michigan 48221
801-743-3944

(23.) WAYNE COUNTY JAIL
570 CLINTON STREET DETROIT
MICHIGAN 48226
313 224-0797

(24.) State of Michigan
430 W. Allegan Street
Richard Austin Building
4th floor
Lansing Michigan 48901
517-335-7858
517-636-0515 - 517-335-3429

(25.) Melmo Investment LLC
c/Arnold Velen Court
2893 Executive Pek Drive
Ste 304
Weston, Fl 33331
801-743-3944
801-542-368

page 5 of 7

Corporation Defendants

(26.) Wayne County Sheriff Department
4747 Woodward Avenue
Detroit Michigan 48201
313-224-2222

(27.) Wayne County Prosecutor Office
1441 St. Antoine 1134
Detroit Michigan 48226
313-224-5777

(28.) Detroit Police Department
11450 War Wick St.
Detroit Michigan 48228
313-596-5600

(29.) 36th District Circuit Court
421 Madison Avenue
Detroit Michigan 48226
813-965-4158

Wayne County Tax Assessor
400 Monoroe Suite 660
Detroit Michigan 48226
313-224-5990

page 6 of 7

(30.) Michigan Department of Treasury
124 W. Michigan Avenue
Lansing Michigan 48933
517-483-4121

(31.) Wayne County Sheriff
Electronic Monitoring Program
3501 Hamtramack Dr.
Hamtramack Michigan
313-875-8296 (Fax) 313-875-8296

32. Individual: Ruth Ann Garrett
421 Madison Avenue Room 433
Detroit Michigan 48226
313-965-8739

33. Individual: Capacity
Marc D Landau (dba) Attorney
For Veto Investment
30100 Telegraph Ste 120
Bingham Farm Michigan 48022
248-660-0180

page 7 of 7

34. Lolita Allen (dba) Veto Investment
land lord agent
11000 West McNichols Street Suite 111
Detroit Michigan 48221
(313) 693-5101

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Conspiracy against right (18 USC 241)..............................................$5,000.000.00
Deprivation of treaty rights under color of law .........................  $5,000.000.00
Denationalization under 'Black Codes'...........................................  $5,000.000.00
Kidnapping........................................................................................ $5,000.000.00
Fraud and swindles (18 USC 1841).................................................$5,000.000.00
Hostage Holding ............................................................................. $5,000.000.00
Slander ...........................................................................................$5,000.000.00
Conspiring to do great body / harm.................................................. $5,000.000.00
Human traffic ................................................................................. $5,000.000.00
Fraud in the inducement ................................................................. $5,000.000.00
Consular assistance........................................................... $35,000.00
Misc. expenses (mailing paper ink ect.).......................................... $ 35,000.00
miss imprisonment .........................................................................20,000.000.00

Total: $70.070.000.00 payable in lawful money of .9999 fine silver bullion coins and/or bars. in addition  each defended  most  complete a 2 year constitution course as to better understaning their obligation to  the laws of the land.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/11_____, 20 22___.

Signature of Plaintiff      autograh      Minnie- bell: pri[ce]
Printed Name of Plaintiff    appellation    minnie- bell:price    Minnie bell price bey
                                            all rightres[erved]
                                        6   8187 Bu[ck]enter line MI
                                            313-433-5316              48015
                                            minnie8800@att.net

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## Additional Information:

This Civil Claim is for Estate Embezzlement, unjust enrichment, undisclosed book keeping. Breaching administrative contract, hidden investment, gain at the lost of others. Slandering of title, misleading and corrupt information. The defenders are engaged in a big Ponzi Scheme that consists of Deceptive and misleading practice of Racketeering, treason ,genocide and concealment of that which should be disclosed in the intent to deprive, deceive and defraud Trust beneficiaries, Operating on secret codes Witten in documents that only judge and attorneys can understand. Injuring Trust Beneficiaries with false representation and misleading allegation Misrepresenting identity using the 'Black Codes 'which deludes to slavery and Denationalization of rights under the color of law. operating on a make believe ship of the sea of maritime law. Refuse to give way to treaties obligation to national. Refusing to answer or rebuttal affidavit delivered by certified mail. But yet still order the Removal of property without just compensation.Fraud, swindles Slander and tamper with Trust evidence, witnessand victim information. Thefts and alteration evidence. Conspiring to do great body / harm. Defendants are using their Public office for private gain to defraud plaintiffs Trust Estates. Plaintiffs have been strip of right to be secured in person property and life, liberty to pursuit of happiness, and no due process has been giving.Introducing deceitful method deceive beneficiaries of their right to nationality, identity, history and culture. Defenders Uses their public offices for private gain, by way of human trafficking bondage holding for bond /ransom. This Civil Claim is for Estate Embezzlement, unjust enric the laws of the sea on nationals of the land,in attemp to use beneficiaries as their property/employees to be bonded for profit and gain, Using the postal service to send Fraud upon me. use of U.S. Postal mail for threatning extortionate communications,unconstitutional conemnation ;violation of The Fair Dept Collection Practices Act; The Consumer Protection Laws;The IRS code .Article 1 section 9& 10 of the constitution for the United States Of America Moroccan- American Treaty of Peace &Friendship of 1786& The American Declaration On The Right of Indigenous People. Trust beneficaries deprive of rights fhave been force into slavery and involuntary servitude,striped of rights due process of law no jury trail and charges when no harm has been done against another man or his property with criminal intent. all denfenders named are operating under principle out side of law Infringing on the free will of Beneficiaries of Trust, and have herby causing extreme injury to the Trust /Trustees/Beneficiaries.

# CIVIL COVER SHEET

JS 44 (Rev. 10/20)

County in which action arose: **UNITED STATE**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
MINNIE BELL PRICE TRUST/ESTATE
RONALD JAMES COOKS TRUST/ESTATE

**DEFENDANTS**
KENYETTA STANDFORD JONES

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **WAYNE**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plain and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [x] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [x] 3 | [x] Foreign Nation | | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**PRISONER PETITIONS — Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [x] 470 Racketeer Influenced & Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commoditi Exchange
- [ ] 890 Other Statutory Action
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matter
- [ ] 895 Freedom of Informatio Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Proced Act/Review or Appeal Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
**Title 42 US Code 1983,**
Brief description of cause: **Breach of contract, fraud, destruction of property**

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*: JUDGE _____ DOCKET NUMBER _____

DATE **November 16, 2022**
October 11, 2022

SIGNATURE OF ATTORNEY OF RECORD
**Minnie Bell Price**
all rights reserved

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed? ☐ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.) ☐ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :

Minnie