UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MINNIE BELL PRICE, *et al*,

    Plaintiffs,

v.

Case No. 22-cv-12776
Hon. Matthew F. Leitman

ERIC DECKER THOMAS, *et al.*,

    Defendants.

_____/

## **JUDGMENT**

In accordance with the Court's Order Dismissing Action Without Prejudice for Lack of Subject Matter Jurisdiction (ECF No. 12), dated February 28, 2022,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiffs.

                                          KINIKIA ESSIX
                                          CLERK OF COURT


                        By:   s/Holly A. Ryan
                               Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  February 28, 2023
Detroit, Michigan

1